STATE ex rel. E. M. POPE v. GERMANIA BANK OF ST. PAUL.[1]

November 27, 1908.

Nos. 15,800—(116).

After the decision upon the former appeal (103 Minn. 129) the question whether the former receiver of the insolvent Germania Bank of St. Paul was liable for negligence in his office was tried in the district court for Ramsey county before Olin B. Lewis, J., who found that by reason of the neglect of the former receiver to bring suit against certain stockholders to enforce their liability under the assessment made on September 17, 1903, the estate lost $31,012.50 and directed that the account of the receiver be surcharged with that amount. From an order surcharging the account and from an order denying their motion to amend the findings, John A. Lagerman, as receiver, and certain creditors of the estate appealed. Affirmed.

B. H. Schriber, A. E. Horn and W. W. Cutler, for appellants

Edward P. Sanborn, for respondent.

PER CURIAM.

This appeal is controlled by the decision in State v. Germania Bank of St. Paul, supra, page 164.

Affirmed.